U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 1 0 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **MICHAEL HENDERSON** | **CIVIL ACTION NO. 05-0927** |
| -vs- | **SECTION P** |
| | **JUDGE DRELL** |
| **LYNN COOPER, WARDEN** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition for writ of *habeas corpus* (28 U.S.C. § 2241) be **DENIED** and **DISMISSED** with prejudice.

**SIGNED**, in chambers, in Alexandria, Louisiana, on this 10th day of July, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE